806

Dismissed on motion of counsel for the petitioner. *Messrs. H. A. Toulmin, Jr., John M. Mason,* and *Rowan A. Greer* for petitioner. *Mr. Albert L. Ely* for respondent.

No. 318. HILL *v.* TEXAS. October 11, 1943. Dismissed on motion of counsel for the petitioner. *Mr. A. S. Baskett* for petitioner.

No. 85. MISSOURI PACIFIC RAILROAD CO. ET AL. *v.* THOMPSON, TRUSTEE, ET AL.;

No. 86. PROTECTIVE COMMITTEE FOR HOLDERS OF COMMON STOCK OF MISSOURI PACIFIC RAILROAD CO. *v.* THOMPSON, TRUSTEE, ET AL.; and

No. 87. ALLEGHANY CORPORATION *v.* THOMPSON, TRUSTEE, ET AL. November 8, 1943. The petition for writs of certiorari in these cases is dismissed as to all petitioners other than the Protective Committee for Holders of First Mortgage Bonds of International-Great Northern Railroad Company on motion of counsel for those petitioners. The petition for a writ of certiorari of the Protective Committee for Holders of First Mortgage Bonds of International-Great Northern Railroad Company, one of the petitioners in No. 85, is denied. *Messrs. Edward F. Colladay, Everett Paul Griffin, Malcolm Fooshee, Marion B. Pierce, Harry Kirshbaum,* and *Luther M. Walter* for petitioners. Reported below: 134 F. 2d 139.

No. 372. IN RE AMOS GAYLE.

November 8, 1943. Dismissed on motion of counsel for the petitioner. *Mr. John O. Collins* for petitioner.

No. 329. UNITED STATES *v.* BERKE CAKE Co., INC., ET AL. December 20, 1943. Dismissed on motion of counsel for the appellant. *Solicitor General Fahy, Assistant Solicitor General Cox, Assistant Attorney General Tom C. Clark, Messrs. Oscar A. Provost* and *Harold M. Kennedy,* and *Miss Beatrice Rosenberg* for the United States. *Messrs. Charles E. Scribner* and *Mark Hyman* for appellees.

No. 213. TWISP MINING & SMELTING Co. *v.* CHELAN MINING Co. ET AL. See *ante,* p. 716.

No. —, original, October Term, 1942. EX PARTE EDWARD J. BORAH. October 11, 1943. The application for writ of certiorari is also denied. 318 U. S. 745.

No. 2, October Term, 1942. SCHNEIDERMAN *v.* UNITED STATES. October 11, 1943. MR. JUSTICE JACKSON took no part in the consideration or decision of this application.